UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FILO HARRIS TURNER, III,

    Plaintiff,

v.                                                               Case No. 5:16cv285-WTH-CJK

SUSAN JOYCE BRITTON,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. 27). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE.

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

At Pensacola, Florida, this 31st day of July, 2017.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No: 5:16cv285-WTH-CJK