UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FILO HARRIS TURNER, III,

    PLAINTIFF,

-vs-                                                  Case No. 5:16-cv-00285-WTH-CJK

SUSAN JOYCE BRITTON,

    DEFENDANT.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 31, 2017. (Doc. 28) recommending that the case be dismissed pursuant to plaintiff's notice of voluntary dismissal. ECF No. 27. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    ORDERED AND ADJUDGED:

    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The Clerk shall a judgment stating as follows: "This case is dismissed without prejudice pursuant to plaintiff's Notice of Voluntary Dismissal." The Clerk is directed to close the file.

    DONE and ORDERED at Gainesville, Florida this 25th day of October, 2017.

*[signature]*

**UNITED STATES DISTRICT JUDGE**